UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID FROHWERK,

    Plaintiff,

v.                                CAUSE NO. 3:23-CV-159-DRL-MGG

LORRAINE LYNN JACKSON *et al.*,

    Defendants.

## ORDER

David Frohwerk, a prisoner without a lawyer, filed this case in the Western District of Michigan. That court transferred the case here. Mr. Frohwerk is a restricted filer. *See Frohwerk v. Calhoun*, 3:14-cv-127 (N.D. Ind. filed January 23, 2014) ("the clerk of court to return, unfiled, any papers filed in any civil case by or on behalf of David Frohwerk (unless filed in a habeas corpus or federal criminal proceeding, or filed in *Frohwerk v. Superintendent*, 3:13-cv-1206 or *Frohwerk v. Levenhagen*, 3:13-cv-1398, or a notice of appeal and related documents in this case) until he has paid in full all outstanding fees and sanctions in all civil actions in any federal court").

The clerk properly opened this case pursuant to the transfer order. But now, the clerk must return any filings sent by Mr. Frohwerk. Because he cannot file in this court, he is unable to litigate this case here.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to return all of the papers received in this case to David Frohwerk along with a copy of this order and the restriction order entered in 3:14-cv-127 at ECF 2.

SO ORDERED.

March 2, 2023

*s/ Damon R. Leichty*
Judge, United States District Court

2