AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Indiana

DAVID FROHWERK
    Plaintiff

             v.                            Civil Action No. 3:23-cv-159

LORRAINE LYNN JACKSON
FARRI JONES, *also known as* Farri Xhosma
JOHN DOE(S)
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____

**X** Other:___This case is DISMISSED WITHOUT PREJUDICE._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by__Judge Damon R. Leichty____

DATE:___3/2/2023___               CHANDA J. BERTA, ACTING CLERK OF COURT

                                  by____/s/ S. Kowalsky_____
                                          *Signature of Clerk or Deputy Clerk*